IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00362-RJC

| | |
|---|---|
| ALBERT ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ) | |
| FNU REEP, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Plaintiff's recent requests for "courtesy copy of case" [Docs. 23, 25], which the Court construes as a motion for copies of all filings in this proceeding.

Pro se Plaintiff Albert Anderson ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Marion Correctional Institution in Marion, North Carolina. He filed this action pursuant to 42 U.S.C. § 1983 on December 27, 2023, against 32 Defendants. [Doc. 1]. Plaintiff's Complaint failed initial review and the Court allowed Plaintiff to amend his Complaint to properly state a claim for relief. [Doc. 12]. Now before the Court is Plaintiff's motion requesting that the Court send him a "courtesy copy of full case."[1] [Doc. 23; see Doc. 25].

The Court will deny Plaintiff's motion for copies. Plaintiff failed to include payment for the copies he requests. A litigant is ordinarily required to pay his own litigation expenses, even if he is indigent. See United States v. MacCollom, 426 U.S. 317, 321 (1976) ("The established rule

---

[1] Plaintiff also makes vague and nonsensical reference to "Punctuation Patterns tieing [*sic*] into a sexual cross-referenced nature" [Doc. 23 at 1] and "illegal acts of Punctuation Patterns being sexual worded" [Doc. 25] in his motion.

is that the expenditure of public funds is proper only when authorized by Congress…."). The Court is not a copying service. If Plaintiff needs copies of documents filed in the docket in this matter, he may pay for the copies he seeks at the standard rate of $.50 per page. See https://www.ncwd.uscourts.gov/court-fees. The Court will, however, instruct the Clerk to provide the Plaintiff with a copy of the current docket sheet as a courtesy.

## **ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion [Docs. 23, 25] is **DENIED** in accordance with the terms of this Order.

The Clerk is respectfully instructed to send Plaintiff a copy of the docket sheet in this matter. **IT IS SO ORDERED.**

Signed: March 25, 2024

Robert J. Conrad, Jr.
United States District Judge